USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1825 UNITED STATES, Appellee, v. OANH VAN HA, A/K/A QUANH, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Stahl and Lynch, Circuit Judges. ____________________ Alan D. Rose and Rose & Associates on brief for appellant. Donald K. Stern, United States Attorney, and Kevin P. McGrath, Assistant United States Attorney, on brief for appellee. ____________________ April 11, 1997 ____________________ Per  Curiam.   Upon  careful review of the briefs and record, we perceive no clear error in the district court's sentencing determinations. The district court properly concluded that appellant was not entitled to a reduction as a minor participant under U.S.S.G. S 3B1.2(b), in light of his responsibilities for storing, guarding, and distributing substantial quantities of the drugs. Further, appellant was not entitled to an extra reduction for a timely plea under U.S.S.G. S 3E1.1(b)(2), in light of his belated plea on the third day of trial.  Affirmed. See 1st Cir. Loc. R. 27.1. -2-